No. 698. ARTHUR P. HEINZE, PETITIONER, *v.* THE UNITED STATES. October 24, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. John Mason Brown* for petitioner. *The Attorney General* and *Mr. Felix Frankfurter* for respondent.

———

No. 735. THE UNITED STATES, PETITIONER, *v.* TIFFANY & COMPANY. October 31, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *The Attorney General* for petitioner. *Mr. Arthur M. King* for respondent.

———

No. 725. CHARLES WEST, ATTORNEY GENERAL, ET AL., PETITIONERS, *v.* THE ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY; No. 726. CHARLES WEST, ATTORNEY GENERAL, ET AL., PETITIONERS, *v.* GULF, COLORADO & SANTA FE RAILWAY COMPANY; No. 727. CHARLES WEST, ATTORNEY GENERAL, ET AL., PETITIONERS, *v.* MISSOURI, KANSAS & TEXAS RAILWAY COMPANY; No. 728. CHARLES WEST, ATTORNEY GENERAL, ET AL., PETITIONERS, *v.* MIDLAND VALLEY RAILROAD COMPANY; No. 729. CHARLES WEST, ATTORNEY GENERAL, ET AL., PETITIONERS, *v.* THE KANSAS CITY SOUTHERN RAILWAY COMPANY; No. 730. CHARLES WEST, ATTORNEY GENERAL, ET AL., PETITIONERS, *v.* THE CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY; and No. 731. CHARLES WEST, ATTORNEY GENERAL, ET AL., PETITIONERS, *v.* ST. LOUIS & SAN FRANCISCO RAILROAD COMPANY. October 31, 1910. Petition for writs of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Frederick N. Judson* and *Mr. Charles West* for petitioners. *Mr. Robert Dunlap* and *Mr. Frank Hagerman* for respondents.